UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAKSHMI ARUNACHALAM,

    Plaintiff,

v.

GEORGE PAZUNIAK, et al.,

    Defendants.

Case No. 14-cv-05051-JST

**ORDER VACATING HEARING**

Re: ECF No. 57

Before the Court is Plaintiff Lakshmi Arunachalam's amended motion to disqualify judge. ECF No. 57. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 12, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: February 2, 2015

_____
JON S. TIGAR
United States District Judge