UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE PAZUNIAK, et al.,<br><br>    Defendants. | Case No. 14-cv-05051-JST<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION**<br><br>Re: ECF No. 83 |

Currently before the Court is a document filed by Plaintiff Lakshmi Arunachalam titled "Plaintiff Dr. Lakshmi Arunachalam's Request for Re-consideration of Motion to Disqualify Honorable Judge Jon S. Tigar Pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144." ECF No. 83. Civil Local Rule 7-9 governs motions for reconsideration and Rule 7-9(b) provides three grounds for bringing such a motion. Although Arunachalam does not invoke Rule 7-9, she appears to argue that the Court's previous order at ECF No. 79 represented "a manifest failure by the Court to consider material facts or dispositive legal arguments." Arunachalam's request for reconsideration asserts that the Court "failed to note" numerous considerations bearing upon the propriety of disqualification.

After review of Arunachalam's request, the Court concludes the prior order did not contain any "manifest error." The request is denied.

IT IS SO ORDERED.

Dated: February 18, 2015

_____
JON S. TIGAR
United States District Judge