UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAKSHMI ARUNACHALAM,

    Plaintiff,

v.

GEORGE PAZUNIAK, et al.,

    Defendants.

Case No. 14-cv-05051-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 31, 37, 46, 75, 81

Before the Court are several motions filed by Defendant George Pazuniak, as well as a motion to dismiss filed by Defendant O'Kelly, Ernst, and Bielli, LLC. ECF Nos. 31, 37, 75, and 81.[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for March 19, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: March 10, 2015

    JON S. TIGAR
    United States District Judge

---

[1] Defendant O'Kelly, Ernst, and Bielli, LLC filed a motion to dismiss at ECF No. 46, then subsequently filed an amended motion to dismiss at ECF No. 75.